IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTONIO LAVELL SANDERS, SR.**                                        **PLAINTIFF**

**V.**                 **CASE NO. 4:18-CV-721-SWW-BD**

**DOC HOLLIDAY**                                                              **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright. Mr. Sanders may file written objections to this Recommendation. If objections are filed, they should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Sanders may waive the right to appeal questions of fact.

**II.**     **Discussion:**

Plaintiff Antonio Lavell Sanders filed a notice of his change of address when he was released from prison. (Docket entry #4) Mr. Sanders was ordered to complete and file a non-prisoner *in forma pauperis* ("IFP") application within 30 days of November 13, 2018. (#9) To date, he has failed to comply with the Court's November 13, 2018 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Sanders that his claims could be dismissed if he failed to comply with the Court's Order.

## III.  Conclusion:

The Court recommends that Mr. Sanders's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's November 13, 2018 Order requiring him to update his IFP application.

DATED this 19th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE