IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO LAVELL SANDERS, SR.                                    PLAINTIFF

V.                    CASE NO. 4:18-cv-721-SWW-BD

DOC HOLLIDAY                                                   DEFENDANT

**ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Sanders has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

This lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 7th day of January, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE